No. 74–1112. PRICE v. COTTON, TRUSTEE. C. A. 5th Cir. Certiorari denied.

No. 74–1117. CONDOR OPERATING CO. ET AL. v. ZARB, ADMINISTRATOR, FEDERAL ENERGY ADMINISTRATION, ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 74–1126. LOCAL UNION 396, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 74–1155. PENN-DIXIE CEMENT CORP. ET AL. v. SCHLICK. C. A. 2d Cir. Certiorari denied.

No. 74–1177. MILHAN v. MILHAN. Sup. Ct. Cal. Certiorari denied.

No. 74–1226. McBETH ET UX. v. UNITED PRESS INTERNATIONAL, INC. C. A. 5th Cir. Certiorari denied.

No. 74–1236. TYSON v. VIRGIN ISLANDS NATIONAL BANK. C. A. 3d Cir. Certiorari denied.

No. 74–5984. MONSIVAIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6066. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6029. SARLES v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.